1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
   Special Assistant United States Attorney
5       Social Security Administration
6       160 Spear St., Suite 800
7       San Francisco, CA  94105
        Telephone:  (415) 977-8962
8       Facsimile:  (415) 744-0134
9       Email:  Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

11                 UNITED STATES DISTRICT COURT
12                CENTRAL DISTRICT OF CALIFORNIA
13                     EASTERN DIVISION

14 VILMA A. JUAREZ,                    )  No. 5:12-cv-02096-PLA
15                                     )
                                       )
16      Plaintiff,                     )  [PROPOSED]
                                       )  **JUDGMENT OF REMAND**
17      v.                             )
18                                     )
   CAROLYN W. COLVIN, Acting           )
19 Commissioner of Social Security,    )
                                       )
20                                     )
21      Defendant.                     )
                                       )
22 _____

23      The Court having approved the parties' Stipulation to Voluntary Remand

24 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

25 ("Stipulation to Remand") lodged concurrent with the lodging of the within

26 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

27 **DECREED** that the above-captioned action is remanded to the Commissioner of

28 Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  August 1, 2013

_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE